FRANK T. PEPLER (SBN 100070)
frank.pepler@dlapiper.com
JESSE MEDLONG (SBN 294536)
jesse.medlong@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Secured Creditor
CITY NATIONAL BANK, a national banking association

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>H. TIM HOFFMAN,<br><br>Debtor. | CASE NO. 15-40463 CN<br><br>Chapter 7<br><br>The Honorable Charles Novack |
| CITY NATIONAL BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>H. TIM HOFFMAN,<br><br>Defendant | Adversary No. 15-04062<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO (I) VACATE AND CONTINUE TRIAL DATE; AND (II) EXTEND DISCOVERY CUTOFF TO PERMIT DOCUMENTATION AND APPROVAL**<br><br>**Trial Date: August 16, 2016**<br>**Discovery Cutoff: July 15, 2016** |

Plaintiff, City National Bank, a national banking association (“CNB” or “Plaintiff”) and Defendant H. Tim Hoffman (“Hoffman” or “Defendant” and together with CNB “Parties”), by and through their respective counsel hereby give notice and stipulate and agree as follows:

**RECITALS**

A. On April 23, 2016, the Honorable Charles Novack entered his Scheduling Order For Continued Trial ("Scheduling Order") setting the continued trial in this Adversary Proceeding for August 16 and 17, 2016, the last date for discovery of July 15, 2016.

B. After two mediation sessions pursuant to the BDRP program and substantial negotiation thereafter, on July 7, 2016 the Parties agreed to the terms of a settlement that will completely dispose of this Adversary Proceeding. The proposed settlement requires approval by the Court after notice pursuant to Federal Rule of Bankruptcy Procedure 7041.

C. Preparation and execution of the settlement agreement by the Parties and the giving of notice and request for approval cannot be completed before the existing trial date of August 16. Each Party desires to preserve the possibility of trial pending approval of an agreed upon settlement agreement as a precaution against what they believe to be the unlikely event that the settlement agreement is not completed or the conditions to effectiveness thereof, including approval by the Court, do not occur.

WHEREUPON, Plaintiff and Defendant have met and conferred and agreed as follows:

**AGREEMENT**

1. Upon entry of an order of the Court approving this Stipulation, the date for trial of this Adversary Proceeding set in the Scheduling Order shall be vacated, subject to being re-set as provided below.

2. The date set in the Scheduling Order as the last date for discovery of July 15, 2016 shall be vacated, and all discovery in this Adversary Proceeding shall be stayed subject to the agreement of the Parties below.

3. If the settlement agreement is not successfully negotiated and executed by the Parties, then either Plaintiff or Defendant may give notice to the Court and request a case management conference on not less than 21 days' notice at the convenience of the Court. At such case management conference the Court may re-set the trial date and set a new discovery cutoff date that permits the completion of existing discovery outstanding as of the date of this Stipulation, but no further additional discovery by either Party.



Case: 15-04062 Doc# 57 Filed: 07/08/16 Entered: 07/08/16 19:29:21 Page 2 of 3

4. If the settlement agreement is successfully negotiated and executed by the Parties but not approved by the Court after notice, then at the hearing at which approval of the settlement agreement is denied, the Parties will request that the Court issue a new scheduling order re-setting the trial date and related dates as provided in Paragraph 3, or alternatively the Parties will request that the Court set a date for a case management conference at which a new scheduling order is issued re-setting the trial date and related dates as provided in Paragraph 3.

Dated: July 8, 2016

DLA PIPER LLP (US)

By: */s/ Frank T. Pepler*
FRANK T. PEPLER
JESSE MEDLONG
Attorneys for Plaintiff
CITY NATIONAL BANK, a national banking association

Dated: July 8, 2016

LAW OFFICES OF WAYNE A. SILVER

By: */s/ Wayne A. Silver*
WAYNE A. SILVER, Attorneys for H. Tim Hoffman



Case: 15-04062 Doc# 57 Filed: 07/08/16 Entered: 07/08/16 19:29:21 Page 3 of 3